UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:15-cv-1192 |
| VIA FONE Inc. | : |
| A Domestic Company | : |
| Defendant. | : |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Via Fone, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: October 30, 2015

By: /s/ Pete M. Monismith

By: /s/ Katy E. Tompkins

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Katy E. Tompkins<br>MCDONALD, TINKER, SKAER,<br>QUINN & HERRINGTON, P.A.<br>300 West Douglas Avenue, Suite 500<br>Wichita, Kansas 67202<br>T: (316) 263-5851<br>ktompkins@mcdonaldtinker.com<br>**Attorneys for Via Fone, Inc.** |